IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br>　　　　　　Plaintiff,<br>　　　v.<br>UNITED STATES FOREST SERVICE, et al.,<br>　　　　　　Defendants. | Case No. 15-1582-APM<br><br>**Hon. Amit P. Mehta** |

**PLAINTIFF'S MOTION FOR BOND WAIVER OR A NOMINAL BOND**

　　　Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff National Parks Conservation Association respectfully requests that this Court allow for waiver of bond, or in the alternative, require only a small nominal bond in connection with Plaintiff's Motion for Temporary Restraining Order And Other Emergency Relief As May Be Just And Equitable, filed today with this Court. In support of this Motion, Plaintiff states as follows:

1. Under F.R.C.P. 65(c), a court may issue a temporary restraining order "only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained."

2. "The federal courts have broadly recognized that nominal bond is sufficient and appropriate where public interest groups seek enforcement of environmental laws." *Citizen's Alert Regarding the Env't. v. U.S. Dept. of Justice*, Civil Action No. 95-1702, 1995 U.S. Dist. Lexis 18619, *36 (D.D.C. Dec. 8, 1995) (Nominal bond of $100 required under Rule 65(c) where public interest organizations sought judicial review of Department of Justice's compliance with the National Environmental Policy Act).

3. Nominal bonds are particularly appropriate in cases seeking review of the government's compliance with the National Environmental Policy Act ("NEPA"). *See, e.g., Natural Res.*

1

*Defense Council v. Morton*, 337 F. Supp. 167 (D.C. Cir. 1971) ("The requirement of more than a nominal amount as security would…stifle the intent of [NEPA]" when imposing any more than a nominal bond would deny public interest organizations access to judicial review); *Davis v. Mineta*, 302 F.3d 1104, 1126 (10th Cir. 2002) ("[W]here a party is seeking to vindicate the public interest served by NEPA, a minimal bond amount should be considered"); *Friends of the Earth v. Brinegar*, 518 F.2d 322 (9th Cir. 1975).

4. In this case, National Parks Conservation Association, a non-profit, public interest organization, seeks judicial review of Defendants' compliance with NEPA and the National Forest Management Act to ensure that environmental impacts are fully and fairly evaluated before any gravel mining is allowed on historic lands within view and earshot of the Teddy Roosevelt National Park. Accordingly, a bond waiver or a small, nominal bond is appropriate in this case.

WHEREFORE, for the foregoing reasons, Plaintiff National Parks Conservation Association respectfully requests that this Court waive the security requirement or require only a small, nominal security amount of $100.00, pursuant to F.R.C.P. 65(c), in connection with Plaintiff's Motion for a Temporary Restraining Order and Other Emergency Relief as May Be Just and Equitable.

Date: November 30, 2015               Respectfully submitted,

                                      s/ Howard A. Learner
                                      Howard A. Learner
                                      Jennifer L. Cassel
                                      Environmental Law & Policy Center
                                      35 East Wacker Drive, Suite 1600

        Chicago, IL 60601
        Phone:  (312) 673-6500
        Fax:    (312) 795-3730
        E-mail:  hlearner@elpc.org
             jcassel@elpc.org

*Attorneys for National Parks Conservation Association*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will transmit the document to all parties of record.

                /s/ Howard A. Learner
                Howard A. Learner